274

937 A.2d 976

STEVENS INSTITUTE OF TECHNOLOGY, PLAINTIFF–
RESPONDENT, v. RONALD HINE, ET AL.,
DEFENDANTS–PETITIONERS.

December 7, 2007.

Denied.